**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 94CR0399-JLS |
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL AND RECALL OF BENCH WARRANT** |
| v. | |
| **VICTOR D. RODRIGUEZ (1)**, | |
| Defendant. | |

This matter comes before the Court on the United States' motion to dismiss the Indictment and request to recall the arrest warrant as to Defendant Victor D. Rodriguez (1).

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the arrest warrant is recalled.

IT IS SO ORDERED.

Dated: October 27, 2021

Hon. Janis L. Sammartino
United States District Judge